USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1-13-20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FINER,

                     Plaintiff,

    -against-

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC., ET AL.,

                    Defendants.
------------------------------------------------------------------ x

19-CV-11391 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Court is in receipt of the parties' January 8, 2020 joint letter requesting that this action be stayed pending the determination by the Judicial Panel on Multidistrict Litigation ("JPML") of a pending application for a Multidistrict Litigation ("MDL") proceeding, and transfer to the appropriate transferee court of this case and other related cases. That request is GRANTED. Accordingly, this action is STAYED pending the decision of the JPML in *In re Zantac/ Ranitidine NDMA Litig.*, MDL No. 2924 and all deadlines, including Defendants' obligation to respond to the Complaint, are STAYED until further order of the Court.

**SO ORDERED.**

Dated:     New York, New York
           January 13, 2020

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**